**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE DOUGLAS SICHTING,<br><br>              Petitioner,<br><br>     v.<br><br>STEVE KALLIS, Warden,[1]<br><br>              Respondent. | Case No. CV 20-8142-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On August 30, 2021, Petitioner filed objections to the R. & R., and on September 14 Respondent responded.

    In his Objections, Petitioner continues to complain about the medical treatment he received at FCI Lompoc (see, e.g., Objs. at 3, 5), which the Magistrate Judge correctly explained should

---

[1] As noted herein, Petitioner has been transferred to the Federal Medical Center in Rochester, Minnesota, where Steve Kallis is the Warden. He is therefore substituted in as the proper Respondent. See Fed. R. Civ. P. 25(d).

have been raised in a civil-rights action, not a habeas Petition. Regardless, in July 2021 he was transferred to a prison specializing in medical care. (See Resp. at 2.) Thus, because the Petition challenged only his treatment at Lompoc and did not seek money damages, his claims are moot. Cf. Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995). In any event, Petitioner acknowledges, and the attachments to his Objections confirm, that he did not contract COVID-19 during his incarceration at Lompoc, the original basis for the Petition. (See Objs. at 3.) His attempt in his Objections to reframe his "prison conditions" claims concerning COVID (Pet. at 3) as a challenge to his original sentence under the Eighth Amendment (see Objs. at 1) is improperly raised for the first time, and the Court declines to consider it even if it has discretion to do so. See Akhtar v. Mesa, 698 F.3d 1202, 1208 (9th Cir. 2012). Any such claim would likely have to be brought to the sentencing court in a motion under 28 U.S.C. § 2255.

Having reviewed de novo those portions of the Report and Recommendation to which Petitioner objected, the Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and judgment be entered dismissing this action. To the extent one is even authorized given that this is a disguised civil-rights action, a certificate of appealability is DENIED.

DATED: September 20, 2021

*Dale S. Fischer*
DALE S. FISCHER
U.S. DISTRICT JUDGE