UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHANE SICHTING,<br><br>        Petitioner,<br><br>       v.<br><br>STEVE KALLIS, Warden,<br><br>        Respondent. | Case No. CV 20-8142-DSF (JPR)<br><br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge and Denying Certificate of Appealability,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 20, 2021

                                                      DALE S. FISCHER<br>                                                      U.S. DISTRICT JUDGE